**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 13, 2026

**By ECF**
The Honorable Denise L. Cote
United States District Judge
500 Pearl St.
New York, NY 10007

Re: *The New York Times Company v. U.S. Immigration and Customs Enforcement*, No. 26 Civ. 5374 (DLC) (SDA)

Dear Judge Cote:

This Office represents U.S. Immigration and Customs Enforcement ("ICE"), the defendant in the above-referenced action brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 522, *et seq*. We write jointly with counsel for Plaintiff to respectfully request that the initial pretrial conference scheduled for August 21, 2026 (ECF No. 7) be adjourned *sine die* and that the parties submit a joint status report to the Court by September 21, 2026. We respectfully request the adjournment because—as more fully explained below—the parties have agreed on a set of initial steps, and do not currently have issues that require the Court's resolution.

Specifically, ICE is currently in the process of searching for documents responsive to Plaintiff's FOIA request and anticipates completing the initial search this month. Based on the results of the search, the parties will discuss the scope of the request and any potential subsequent searches. Once searches are complete, ICE will commence its review of the documents. The parties also anticipate conferring in an effort to reach an agreed upon timeline for the completion of processing and production of any responsive and non-exempt documents. This is the parties' first request to adjourn the initial pretrial conference. This request does not affect any other deadlines or scheduled court appearances.[1]

[1] On July 14, 2026, the Court ordered the parties to meet and prepare a discovery schedule in accordance with Fed. R. Civ. P. 16 prior to the August 21, 2026 conference. ECF No. 7. The parties respectfully note that Local Civil Rule 16.1 exempts this FOIA action from the mandatory scheduling order required by Fed. R. Civ. P. 16(b), and accordingly the parties respectfully request to be relieved of this obligation.

We thank the Court for its attention to this matter.

Respectfully,

JAMES M. MCDONALD
United States Attorney

By: */s/ Harry Fidler*

HARRY K. FIDLER
Assistant United States Attorney
Tel.: (212) 637-2321
Harry.Fidler@usdoj.gov