**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 18, 2026

**By ECF**
The Honorable Denise L. Cote
United States District Judge
500 Pearl St.
New York, NY 10007

Re: *The New York Times Company v. U.S. Immigration and Customs Enforcement*, No. 26 Civ. 5374 (DLC) (SDA)

Dear Judge Cote:

This Office represents U.S. Immigration and Customs Enforcement ("ICE"), the defendant in the above-referenced action brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 522, *et seq*. We write jointly with counsel for Plaintiff pursuant to the Court's August 17, 2026 order (ECF 14), to provide an update on the status of ICE's response to Plaintiff's FOIA request. Since our last letter, ICE has completed its search for potentially responsive records from the Homeland Security Investigations ("HSI") Arizona, HSI Dallas, and HSI Los Angeles field offices. The search has identified 786 pages of potentially responsive records. ICE is continuing to search for potentially responsive records from the HSI Chicago and HSI Houston field offices. It anticipates completing its initial search and making an initial production of responsive documents by the end of October 2026.

The parties respectfully propose to provide the Court with a further joint status report by November 20, 2026.

We thank the Court for its attention to this matter.

Respectfully,

JAMES M. MCDONALD
United States Attorney

By: */s/ Harry Fidler*
HARRY K. FIDLER
Assistant United States Attorney
Tel.: (212) 637-2321
Harry.Fidler@usdoj.gov